FRANK D. MILLER and Others, Respondents, v. AUGUST B. RUSSE, Appellant, and Others, Defendants.— It would seem from the record that the "proposed" order of September 12, 1916, would have been proper, but as the order from which the appeal is taken is not contained in the record,

and, therefore, not before us, the appeal is dismissed, with ten dollars costs and disbursements. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.